# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TCF INVENTORY FINANCE, INC.<br>a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN C. INNS<br>an Individual,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  No. 18-cv-262<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff TCF Inventory Finance, Inc. and Defendant Stephen C. Inns (collectively, the "Parties") move this Court for entry of a consent judgment in this case. In support thereof, the Parties state as follows:

1. The Parties have reached a settlement agreement in this case.

2. Pursuant to the terms of the settlement agreement, the Parties request entry of the Order and Consent Judgment agreed to by the Parties and attached hereto as Exhibit A.

WHEREFORE, Plaintiff TCF Inventory Finance, Inc. and Defendant Stephen C. Inns respectfully request that this Court enter an Order and Consent Judgment in this case in the form attached hereto as Exhibit A.

Respectfully submitted,

/s/ Holly H. Campbell
William R. Bay (6181670)
wbay@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza, Suite 3500
St. Louis, MO 63101
(314) 552-6000
Fax: (314) 552-7000

/s/ Dennis F. Esford
Dennis F. Esford (6281760)
denny@windycitytrialgroup.com
Windy City Trial Group, Inc.
233 S. Wacker Drive, Suite 2290
Chicago, IL 60606
(312) 405-7725

*Attorney for Defendant Stephen C. Inns*

Holly H. Campbell (6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
Fax: (312) 580-2201

*Attorneys for Plaintiff TCF Inventory Finance, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2018, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this action.



                                                  */s/ Holly H. Campbell*